JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MEGHAN O MALLEY-KAIL, ET AL.,

                    Plaintiffs,

          vs.

Chad Bianco, et al.,

                    Defendants.

Case 5:24-cv-654-JGB-ACCV

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: February 26, 2026

_____
Honorable Jesus G. Bernal
United States District Judge